**Richard PEAMON, Plaintiff— Appellant,**

v.

**CELOTEX ASBESTOS SETTLEMENT TRUST, Defendant—Appellee.**

No. 05-2077.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2005.

Decided: Dec. 20, 2005.

Richard Peamon, Appellant Pro Se. Brent Adam Cossrow, Phelan, Pettit & Biedrzycki, Philadelphia, Pennsylvania, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Peamon appeals the district court's order administratively closing his case. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Peamon seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*